JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: October 20, 2010

Check No. 2013816

Check Amount: $1.56

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43216-R | 00000 | JENNIFER M. GRIFFITH | 0 | XXXXX6069 | 1.13 | 0.00 | 1.13 |
| | | Original check written to: JENNIFER M. GRIFFITH 1514 MARILEE COURT HOWE, TX 75459 | | | | | |
| 05-46914-R | 00000 | TYRONE A. JONES | 0 | XXXXX4913 | 0.43 | 0.00 | 0.43 |
| | | Original check written to: TYRONE A. JONES 3113 LANDOVER DRIVE CARROLLTON, TX 75007 | | | | | |
| | | | **TOTALS** | | **$1.56** | **$0.00** | **$1.56** |